No. 80–734. PENA ET AL. v. O'CONNELL, RECEIVER. C. A. 5th Cir. Certiorari denied.

No. 80–742. NATIONAL PORK PRODUCERS COUNCIL ET AL. v. BLOCK, SECRETARY OF AGRICULTURE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–758. S.S. ZOE COLOCOTRONI ET AL. v. PUERTO RICO ET AL.; and

No. 80–979. PUERTO RICO ET AL. v. S.S. ZOE COLOCOTRONI ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 628 F. 2d 652.

No. 80–759. SANCHEZ ET AL. v. TUCSON UNIFIED SCHOOL DISTRICT No. 1 ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–760. TURNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–764. ENSTAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–765. BROWN INSULATING SYSTEMS, INC. v. DONOVAN, SECRETARY OF LABOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–766. ANDERSON ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–768. AMUSEMENT & MUSIC OPERATORS ASSN. ET AL. v. COPYRIGHT ROYALTY TRIBUNAL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–771. BURNHAM VAN SERVICE, INC., ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–773. PENELLO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.